# UNITED STATES OF AMERICA
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | Case Number: 00-73700 |
| --- | --- |
| Plaintiff | Honorable: Robert H. Cleland |
| | Claim Number: 2000A13492 |

-VS-

CRAYTON KIDD,
              Defendant

---

## ORDER ALLOWING RECORDS SUBPOENA

At a session of said Court held in the
City of Detroit, Wayne County, Michigan,
on June 25, 2008

PRESENT: HONORABLE ROBERT H. CLELAND

    Upon the reading and filing of the Petition of the Plaintiff, and this Court being more fully informed and duly advised in the premises:

And upon the Motion of PAMELA S. RITTER, attorney for the Plaintiff;

    IT IS HEREBY ORDERED that the Plaintiff may issue a subpoena to **ARGENT MORTGAGE** requesting a copy of the Defendant's mortgage application and copies of any bank checks used to make payments on account in the last six months.

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: June 25, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 25, 2008, by electronic and/or ordinary mail.

                                                S/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522